**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| WILLIE L. WILLIAMS, as Temporary Administrator of the Estate of Rosie B. Williams, Deceased | : : : : | |
| Plaintiff, | : : | |
| vs | : : | 1:05-cv-48 (WLS) |
| PALMYRA PARK HOSPITAL, INC. and UNITED STATES OF AMERICA, | : : : | |
| Defendants. _____ | : : | |

**ORDER**

On June 22, 2005, the Court issued an order erroneously remanding the instant action to the "Superior Court of Cobb County." (Doc. No. 20). The remand should have been, and is hereby, amended for remand to the Cobb County State Court.

SO ORDERED, this  22nd  day of July, 2005.

                                                /s/W. Louis Sands
                                              **W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**